IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$106,053.15 IN FUNDS FROM<br>NORTHWESTERN BANK CERTIFICATE<br>OF DEPOSIT ACCOUNT ENDING IN<br>9202, IN THE NAME OF<br>BILL L. CHILDRESS, et al.,<br>Defendants. | Civil No.: 1:07CV212 |

## MOTION FOR DISTRIBUTION OF FORFEITED FUNDS
## ON DEPOSIT WITH THE COURT

NOW COMES the United States of America, by and through its attorney, Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and respectfully requests that the Court direct that funds held in the Registry Fund with the Clerk of Court in the amount of $5,307.31, plus any interest accrued thereon, be applied to restitution in the related criminal case, United States v. Childress, 1:07CR233.

On June 2, 2008, a Decree and Judgment of Forfeiture was entered in the above-captioned case granting the forfeiture of assets and funds held by the Clerk of Court.

On March 24, 2009, the Asset Forfeiture and Money Laundering Section (AFMLS), now known as Money Laundering and Asset Recovery Section (MLARS), authorized application of the net proceeds of assets forfeited in this case towards the restitution order entered against defendant Billy Lunsford Childress on May 15, 2008 (1:07CR233, Doc. # 20).

WHEREFORE, Plaintiff respectfully asks that the Court issue an Order directing the Clerk of Court to apply funds in the amount of $5,307.31, plus any interest accrued thereon, to restitution ordered in <u>United States v. Childress</u>, 1:07CR233.

A proposed Order is attached.

This the 14th day of June, 2022.

        Respectfully submitted,

        SANDRA J. HAIRSTON
        United States Attorney

        /s/ Lynne P. Klauer
        Lynne P. Klauer
        Assistant United States Attorney
        NCSB #13815
        101 S. Edgeworth Street, 4th Floor
        Greensboro, NC 27401
        Phone: 336/333-5351
        Email: lynne.klauer@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on June 14, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

    Respectfully submitted,

    SANDRA J. HAIRSTON
    United States Attorney

    /s/ Lynne P. Klauer
    Lynne P. Klauer
    Assistant United States Attorney
    NCSB #13815
    101 S. Edgeworth Street, 4th Floor
    Greensboro, NC 27401
    Phone: 336/333-5351
    Email: lynne.klauer@usdoj.gov